IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:21-cr-500-RAH-SRW |
| | ) | |
| JASON STARR, et al. | ) | |
| | ) | |

MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by and through Sandra J. Stewart, United States Attorney for the Middle District of Alabama, and moves this Court to unseal the indictment in this case. In support thereof, the United States submits that law enforcement intends to offer a cash reward for information leading to the arrest of co-defendant Darin Starr, and it is necessary for the indictment to be unsealed prior to such information being made public.

For the above stated reasons, the United States respectfully requests that this Court unseal the indictment in this case.

Respectfully submitted this the 18th day of January, 2022.

Respectfully Submitted,

SANDRA J. STEWART
UNITED STATES ATTORNEY

/s/Joshua J. Wendell
JOSHUA J. WENDELL
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: josh.wendell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:21-cr-500-RAH-SRW |
| | ) | |
| JASON STARR, et al. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I filed the foregoing with the Clerk of the Court and will send copy of such filing to the parties involved.

Respectfully submitted,

*/s/Joshua J. Wendell*
JOSHUA J. WENDELL
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: josh.wendell@usdoj.gov